No. 10–6037. THORNTON *v.* BANK OF NEW YORK. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 10–6040. THOEUR *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–6041. WALTON *v.* TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 10–6044. ALVERSON *v.* WORKMAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 10–6053. WEST *v.* DENNISON, CHAIRPERSON, NEW YORK BOARD OF PAROLE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–6056. PELLINO *v.* PROVINCE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 10–6057. MILLER *v.* KOLENDER ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–6058. KAY *v.* TEXAS. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 10–6062. DICKEY *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–6063. PRATHER *v.* LEE, CHIEF JUDGE, SUPERIOR COURT OF GEORGIA, COWETA COUNTY. Sup. Ct. Ga. Certiorari denied.

No. 10–6066. SWON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–6068. VALENCIA *v.* NEVADA (two judgments). Sup. Ct. Nev. Certiorari denied.

No. 10–6075. THOMPSON *v.* WORKMAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 10–6078. BACON *v.* SKOLNIK, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–6079. STOWELL *v.* TOLL BROTHERS, INC. C. A. 3d Cir. Certiorari denied.